IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODRIGO A. ORTEGA, | |
| Petitioner, | 8:20CV209 |
| vs. | |
| SCOTT R. FRAKES, | ORDER |
| Respondent. | |

IT IS ORDERED that Petitioner's Motion for Reconsideration (Filing no. 12) is denied.

Dated this 29th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge