IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODRIGO A. ORTEGA,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>SCOTT R. FRAKES,<br><br>　　　　　　Respondent. | **8:20CV209**<br><br>**ORDER** |

　　　　The petitioner has filed an amended petition under 28 U.S.C. § 2254 (Filing no. 15). He requests leave to amend his petition.

　　　　IT IS ORDERED that Petitioner's motion to amend (Filing no. 14) is granted. Filing no. 15 becomes the operative petition.

　　　　Dated this 10th day of July, 2020.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*

　　　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge