IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODRIGO A. ORTEGA, <br><br> Petitioner, <br><br> vs. <br><br> SCOTT R. FRAKES, <br><br> Respondent. | 8:20CV209 <br><br> **ORDER** |

  IT IS ORDERED that Respondent shall file a response to Petitioner's "Motion Requesting Additional Records From the Designation" (Filing 22) on or before September 10, 2020.

  Dated this 31st day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge