## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

RODRIGO A. ORTEGA,

                          Petitioner,

      vs.

SCOTT R. FRAKES,

                          Respondent.

**8:20CV209**


**ORDER**

IT IS ORDERED that:

(1)     Respondent's Motion for Extension of Time (First Request) (Filing 27) is granted.

(2)     Respondent's reply brief as to Filing 19 shall be filed on or before November 16, 2020.

(3)     As to Filing 19, the Clerk of Court shall term the CM/ECF response due date and shall update the reply due date to November 16, 2020.

Dated this 21st day of October, 2020.

                    BY THE COURT:

                    *Richard G. Kopf*

                    Richard G. Kopf
                    Senior United States District Judge