# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODRIGO A. ORTEGA, | |
| Petitioner, | 8:20CV209 |
| vs. | |
| SCOTT R. FRAKES, | MEMORANDUM AND ORDER |
| Respondent. | |

In Filing 33, Mr. Ortega requests the appointment of counsel. It seems to me that is a decision best left to the Court of Appeals. Accordingly,

IT IS ORDERED that:

(1) The motion for appointment of counsel in Mr. Ortega's District Court case (Filing 33) is denied.

(2) The motion for appointment of counsel is referred to the Court of Appeals to the extent the request of appointment of counsel is for Mr. Ortega's Court of Appeals case.

Dated this 17th day of November, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge